UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                                                ORDER

                                                                                                07-CR-6141L

                          v.

BRIAN LEONARD,

                              Defendant.
_____

      On February 27, 2009, the Court entered an order (Dkt. # 118) extending the time to March 9, 2009 at 12 noon for defendant Brian Leonard to surrender to the United States Marshal's Service. On March 6, 2009, the Court received a written request from defendant's counsel to extend the furlough for another two weeks. In order for the Government and Probation to respond to the request, the Court granted a short extension of time to March 11, 2009 at 12 noon for the defendant to surrender. Defendant has been out more than two months and that time should have been more than sufficient to accomplish what he was released to do. The release was primarily to allow defendant some time with family over the holidays. He had such time and much more.

Defendant's request for a two week extension to surrender to the United States Marshal's Service is denied.  Defendant must surrender to the United States Marshal's Service on Wednesday, March 11, 2009 on or before 12 noon.  There will be no court appearance.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       March 10, 2009.